## CITY OF TORRINGTON *v.* LOCAL 1303-32, COUNCIL 4, AFSCME, AFL-CIO (14947)

Foti, Landau and Hennessy, Js.

Submitted on briefs January 9—decision released February 13, 1996

*J. William Gagne, Jr.*, filed a brief for the appellant (defendant).

*Victor M. Muschell* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.